UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
IKEAM CUNNINGHAM,                                                       :
                                                                        :
                        Plaintiff,                                      :
                                                                        :     18-CV-1743 (JMF)
                -v-                                                     :
                                                                        :     ORDER
NEW YORK JUNIOR TENNIS LEAGUE, INC.,                                    :
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties in this action, brought in part pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, have reached a settlement. *See* ECF No. 72. By Order entered July 17, 2020, the Court directed the parties to submit letters explaining the basis for the proposed settlement and why it should be approved, with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). *See* ECF No. 67.

      The Court, having reviewed the parties' letter and agreement, finds that the settlement is fair and reasonable given both the nature and scope of the Plaintiff's individual claim. *See Wolinsky*, 900 F. Supp. 2d at 335-36. Any modification of the settlement agreement must be approved by the Court, regardless of any provision in the agreement that purports to allow the parties alone to modify it. Finally, the Court finds that there is no basis to keep the settlement confidential in light of the common law right of access to judicial documents. *See Wolinsky*, 900 F. Supp. 2d at 337-340 (explaining the common law right of public access as it relates to settlement agreements in FLSA cases). Accordingly, Defendant's request for "an order removing the parties' settlement agreement from the docket" is DENIED. ECF No. 72, at 1.

      Subject to those terms, the Court approves the settlement. The Court dismisses the case with prejudice. All pending motions are moot.

      No later than **August 18, 2020**, Defense counsel shall serve a copy of this Order on Mr. Cunningham, by both email and regular mail, and file proof of such service.

      The Clerk of the Court is directed to close this case.

      SO ORDERED.

Dated: August 11, 2020
       New York, New York
                                              _____
                                                 JESSE M. FURMAN
                                            United States District Judge